UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE BROOKS,

    Plaintiff,

vs.

Case No. 06-CV-10068

HON. GEORGE CARAM STEEH

GENESEE VALLEY DODGE, INC.,
THE HUNTINGTON NATIONAL BANK,

    Defendants.
_____/

## ORDER DISMISSING CROSS COMPLAINT

The parties filed a stipulation of dismissal of plaintiff's claims against defendants, which the Court has entered. The only claim remaining is defendant Huntington National Bank's cross claim for indemnification from defendant Genesee Valley Dodge. This court has discretion whether to exercise supplemental jurisdiction over state law claims when the federal claims have been dismissed. 28 U.S.C. § 1367(c). The court declines to exercise supplemental jurisdiction in this case, and hereby dismisses the cross complaint without prejudice.

    s/George Caram Steeh
    GEORGE CARAM STEEH
    UNITED STATES DISTRICT JUDGE

Dated:  May 24, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on May 24, 2006, by electronic and/or ordinary mail.

    s/Marcia Beauchemin
    Case Manager/Deputy Clerk